IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS G. CLAIBORNE,

        Plaintiff,                  No. 2:10-cv-2427 LKK EFB P

   vs.

BLAUSER, et al.,

                                ORDER

        Defendants.

_____/

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This order concerns plaintiff's request "that the court require the Deputy Attorney General to provide plaintiff a full copy of the deposition," which defendants oppose. Dckt. No. 62, 67. The officer before whom a deposition is taken must retain stenographic notes of the proceedings. Fed. R. Civ. P. 30(f)(3). "When paid reasonable charges, the officer must furnish a copy of the transcript . . . to any party or deponent." *Id.* Thus, after plaintiff pays for a copy of his deposition transcript, he may then obtain it from the officer before whom the deposition was taken. Plaintiff cites to no authority suggesting defendants should instead, be forced to bear this cost.

////

////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's October 4, 2012 motion (Dckt.
2  No. 62) is denied.
3  DATED: October 22, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE