IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS CLAIBORNE,

       Plaintiff,                    No. 2:10-cv-2427 LKK EFB P

  vs.

BLAUSER, et al.,

       Defendants.          <u>ORDER</u>

                          /

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On November 30, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days from the date the findings and recommendations were served. After extensions of time, plaintiff has timely filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire

1

1  ////

2  file, the court finds the findings and recommendations to be supported by the record and by
3  proper analysis.

4          Accordingly, IT IS HEREBY ORDERED that:

5          1. The findings and recommendations filed November 30, 2012, are adopted in
6  full; and

7          2. Plaintiff's May 21, 2012 motion for summary judgment (Docket No. 55) is
8  denied.

9      So ordered.

10  DATED: March 29, 2013.

                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT