1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DENNIS G. CLAIBORNE,

11          Plaintiff,                        No. 2:10-cv-2427 LKK EFB P

12       vs.

13   BLAUSER, et al.,
                                              ORDER
14          Defendants.

15   _____/

16       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  He requests appointment of counsel and that certain prison officials be indicted

18   and arrested.  Dckt. No. 85

19       District courts lack authority to require counsel to represent indigent prisoners in

20   section 1983 cases.  *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989).  In

21   exceptional circumstances, the court may request an attorney to voluntarily to represent such a

22   plaintiff.  *See* 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991);

23   *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  When determining whether

24   "exceptional circumstances" exist, the court must consider the likelihood of success on the

25   merits as well as the ability of the plaintiff to articulate his claims pro se in light of the

26   complexity of the legal issues involved.  *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009).

1

1   Having considered those factors, the court finds there are no exceptional circumstances in this

2   case.

3         Additionally, this court cannot grant plaintiff's request to indict and arrest prison

4   officials, as this is a civil suit, and generally, criminal statutes do not create private rights of

5   action. *See Allen v. Gold Country Casino*, 464 F.3d 1044, 1048 (9th Cir. 2006).  Plaintiff fails to

6   cite to any authority that would authorize his requested relief.

7         Accordingly, IT IS HEREBY ORDERED that plaintiff's May 20, 2013 motion (Dckt.

8   No. 85) is denied.

9   DATED:  June 3, 2013.

10                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26