UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS G. CLAIBORNE | No. 2:10-cv-2427-LKK-EFB P |
| Plaintiff, | |
| v. | ORDER |
| BLAUSER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests permission to supplement his "omnibus motion," filed on May 20, 2013. ECF Nos. 85, 88. On June 3, 3013, the court denied that motion. ECF No. 89. Plaintiff's motion to supplement is therefore denied as moot.

Plaintiff also filed a pretrial statement and a motion for judgment as a matter of law. ECF Nos. 86, 98. This action is ready to proceed to trial, and at this time, will not be referred to the Prisoner Settlement Program. Within thirty days of the date of this order, defendants shall file a pretrial statement and a response to plaintiff's motion for judgment as a matter of law.

/////
/////
/////
/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to supplement (ECF No. 88) is denied as moot.
2. Defendants' shall file a pretrial statement and a response to plaintiff's motion for judgment as a matter of law (ECF No. 86) within thirty days of the date this order is filed.

Dated: January 8, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE