UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS G. CLAIBORNE | No. 2:10-cv-2427-LKK-EFB P |
| Plaintiff, | |
| v. | ORDER |
| BLAUSER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On June 3, 2013, the Magistrate Judge issued an order denying plaintiff's request to have certain prison officials indicted. ECF No. 89. Plaintiff seeks reconsideration of that order. See ECF No. 91 (alleging that defendants and Attorney General's Office committed perjury and requesting that "the culprits [be] charged and arrested and/or disbarred"); ECF Nos. 92, 94 (same); ECF No. 93 (repeating allegations that defendants and Attorney General's Office committed perjury); see also ECF No. 95 (styled "ex parte motion, Providing the Senior Judge, Lawrence K. Karlton, with Defendants' Perjurious Discovery Documents, Under Penalty of Perjury").

Local Rule 303(f) provides that magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

1    Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2 magistrate judge filed June 3, 2013, is affirmed and the Clerk of the Court shall terminate docket
3 numbers 91 and 92.
4    DATED: January 9, 2014.

```
                         _____
                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT
```