UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS GERALD CLAIBORNE, | No. 2:10-cv-2427-JAM-EFB P |
| Plaintiff, | |
| v. | |
| BLAUSER, et al., | ORDER & WRIT OF HABEAS CORPUS |
| Defendants. | AD TESTIFICANDUM |

Albert Robinson, CDCR # T-33241, a necessary and material witness in a trial in this case on March 16, 2015, is confined in Chuckawalla Valley State Prison, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Judge John A. Mendez at the U.S. District Court, Courtroom No. 6, 14th Floor, 501 I Street, Sacramento, California 95814, on Monday, March 16, 2015 at 8:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a trial at the time and place above, until completion of the trial or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk.

4. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Chuckawalla Valley State Prison Litigation Coordinator via facsimile.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Chuckawalla Valley State Prison, P.O. Box 2289, Blythe, CA, 92226:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Mendez at the time and place above, until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: February 5, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE