UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DENNIS GERALD CLAIBORNE, | No. 2:10-cv-2427-JAM-EFB P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| BLAUSER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff requests four subpoena forms. ECF No. 149. The request is granted and the Clerk of Court is directed to provide plaintiff with four blank, signed subpoena forms.

So ordered.

DATED: April 27, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE