O

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| DENNIS G. CLAIBORNE, | ) | Case No. 2:10-cv-02427-VAP |
| Plaintiff, | ) | **Final Judgment** |
| v. | ) | |
| BLAUSER, ET AL., | ) | |
| Defendants. | ) | |
| _____ | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This action came on regularly for trial on October 20, 2015, in Courtroom 4 of the above entitled Court, the Honorable Virginia A. Phillips, United States District Judge presiding.  Plaintiff Dennis Claiborne represented himself in this action, and Defendants J. Blauser and G. Martin appeared by their attorneys Timothy H. Delgado and Kelly A. Samson, Deputy Attorney Generals of California.

A jury of seven persons was regularly impaneled and sworn to try the action.  Witnesses were sworn and testified.

On October 22, 2015, after hearing the evidence, the arguments of counsel, and the instructions given to the jury on excessive force and deliberate indifference under the Eighth Amendment, the jury retired to consider its verdict, and on October 22, 2015, returned its verdict as to both claims raised against each defendant by way of answers to the questions propounded to it, as follows:

### 8th Amendment -- Excessive Force

**Question 1:** Did Defendant Blauser use excessive and unnecessary force on Plaintiff?
**(Answer yes or no)**
Blauser: <u>No</u>
If you answered "yes" to Question 1, please proceed to Question 2.  If you answered "no" to Question 1, please skip Questions 2 and 3, and proceed directly to Question 4.

**Question 2:** Did Defendant Blauser act maliciously and sadistically for the purpose of causing harm?
**(Answer yes or no)**
Blauser: _____
If you answered "yes" to Question 2, please proceed to Question 3.  If you answered "no" to Question 2, please skip Question 3, and proceed directly to Question 4.

**Question 3:** Did Defendant Blauser's acts cause harm to Plaintiff?

**(Answer yes or no)**

Blauser: _____

Please proceed to answer Question 4.

## Eighth Amendment -- Deliberate Indifference to Serious Medical Needs

**Question 4:** Did Plaintiff face a substantial risk of serious harm when Defendant Blauser secured Plaintiff's cane or handcuffed him behind his back?

**(Answer yes or no)**

Blauser: <u>No</u>

If you answered "yes" to Question 4, please proceed to Question 5.  If you answered "no" to Question 4, please skip Questions 5 and 6, and proceed directly to Question 7.

**Question 5:** If you find that Plaintiff faced a substantial risk of serious harm, did Defendant Blauser know about and disregard it by failing to take reasonable measures to address it?

**(Answer yes or no)**

Blauser: _____

If you answered "yes" to Question 5, please proceed to Question 6.  If you answered "no" to Question 5, please skip Question 6, and proceed directly to Question 7.

**Question 6:** Did Defendant Blauser's actions in securing Plaintiff's cane or handcuffing him behind his back cause harm to Plaintiff?

**(Answer yes or no)**

Blauser: _____

If you answered "yes" to Questions 1, 2, <u>and</u> 3, or "yes" to Questions 4, 5, <u>and</u> 6, or "yes" to Questions 1 through 6, please answer Question 7.

**Question 7:** If you found that Defendant Blauser violated Plaintiff's rights on either of his Eighth Amendment claims, what is the amount of compensatory damages you award Plaintiff?

**(Answer yes or no)**

Blauser: _____

STOP HERE.  The jury foreperson shall sign and date this verdict form and return it to the Court.

Dated: October <u>22</u>, 2015                    By: _____/s/_____
                                                                    JURY FOREPERSON

## <u>8th Amendment -- Excessive Force</u>

**Question 1:** Did Defendant Martin use excessive and unnecessary force on Plaintiff?

**(Answer yes or no)**

Martin: <u>No</u>

If you answered "yes" to Question 1, please proceed to Question 2.  If you answered "no" to Question 1, please skip Questions 2 and 3, and proceed directly to Question 4.

4

**Question 2:** Did Defendant Martin act maliciously and sadistically for the purpose of causing harm?

**(Answer yes or no)**

Martin: _____

If you answered "yes" to Question 2, please proceed to Question 3.  If you answered "no" to Question 2, please skip Question 3, and proceed directly to Question 4.

**Question 3:** Did Defendant Martin's acts cause harm to Plaintiff?

**(Answer yes or no)**

Martin: _____

Please proceed to answer Question 4.

## Eighth Amendment -- Deliberate Indifference to Serious Medical Needs

**Question 4:** Did Plaintiff face a substantial risk of serious harm when Defendant Martin secured Plaintiff's cane or handcuffed him behind his back?

**(Answer yes or no)**

Martin: <u>No</u>

If you answered "yes" to Question 4, please proceed to Question 5.  If you answered "no" to Question 4, please skip Questions 5 and 6, and proceed directly to Question 7.

**Question 5:** If you find that Plaintiff faced a substantial risk of serious harm, did Defendant Martin know about and disregard it by failing to take reasonable measures to address it?

**(Answer yes or no)**

Martin: _____

If you answered "yes" to Question 5, please proceed to Question 6.  If you answered "no" to Question 5, please skip Question 6, and proceed directly to Question 7.

**Question 6:** Did Defendant Martin's actions in securing Plaintiff's cane or handcuffing him behind his back cause harm to Plaintiff?

**(Answer yes or no)**

Martin: _____

If you answered "yes" to Questions 1, 2, <u>and</u> 3, or "yes" to Questions 4, 5, <u>and</u> 6, or "yes" to Questions 1 through 6, please answer Question 7.

**Question 7:** If you found that Defendant Martin violated Plaintiff's rights on either of his Eighth Amendment claims, what is the amount of compensatory damages you award Plaintiff?

**(Answer yes or no)**

Martin: _____

STOP HERE.  The jury foreperson shall sign and date this verdict form and return it to the Court.

### 

The foreperson shall sign and date this verdict form and return it to the Court

Dated: October <u>22</u>, 2015          By: _____/s/_____
                                        JURY FOREPERSON

1    The Court orders that such judgment be entered.

2

3    Dated: 10/26/15                    _____

4                                       VIRGINIA A. PHILLIPS
                                        United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28