UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   2:10-CV-2427VAP                                    Date:  November 18, 2015

Title:     DENNIS GERALD CLAIBORNE  -v- BLAUSER, ET. AL.
================================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

     Marva Dillard                                          None Present
     Courtroom Deputy                                    Court Reporter

ATTORNEYS PRESENT FOR                    ATTORNEYS PRESENT FOR
PLAINTIFFS:                                           DEFENDANTS:

     None                                                      None

PROCEEDINGS:     MINUTE ORDER DENYING PLAINTIFF'S MOTION FOR
                                JUDGMENT AS A MATTER OF LAW (IN CHAMBERS)

     On October 29, 2015, Plaintiff Dennis Claiborne ("Plaintiff") filed a Motion for Judgment as a Matter of Law ("Motion") under Fed. R. Civ. P. 50(b).  (Doc. 189). Under Rule 50(b), a party may move for judgment as a matter of law, so long as he moved for judgment previously "at the close of *all* the evidence" and before "submission of the case to the jury."  See Fed. R. Civ. P. 50(a); Janes v. Wal-Mart Stores, Inc., 279 F.3d 883, 886-87 (9th Cir. 2002).

     Here, Plaintiff did not move for judgment as a matter of law "before the case [was] submitted to the jury."  See Fed. R. Civ. P. 50(a).  Although he has previously moved for judgment as a matter of law (See Docs. 86, 175), he did so well before

trial and before the "close of *all* the evidence."  See Janes, 279 F.3d at 887.  The

MINUTES FORM 11                                        Initials of Deputy Clerk __md___
CIVIL -- GEN                              Page 1

**EDCV 10-02427 VAP**
**DENNIS GERALD CLAIBORNE V. BLAUSER, ET. AL.**
**MINUTE ORDER of November 18, 2015**

Court has also considered Plaintiff's Motion on the merits and finds that he is not entitled to judgment as a matter of law.  Accordingly, the Court DENIES Plaintiff's Rule 50(b) Motion.

**IT IS SO ORDERED.**